# THOMAS A. DREYER, ESQUIRE, PC
ATTORNEY AT LAW

30 RUNNING BROOK ROAD
GLEN MILLS, PENNSYLVANIA 19342
610-742-7883
E-mail: tdreyer610@aol.com

Thomas A, Dreyer, Esquire
President

May 16, 2025

Honorable Cynthia M. Rufe
Judge, United States District Court
Room 12614, United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    **United States v. Willie Singletary**
                **Criminal Action No. 24-268**

Dear Judge Rufe:

Sentencing in the referenced case is scheduled for May 20, 2025.

Enclosed find character letters from the following individuals on behalf of Mr. Singletary:

1. Sharode Robinson – his friend
2. Tammy Singletary – his sister
3. Michelle Browne-Cathey – his aunt
4. Larice Hill – his stepmother

Thank you.

Respectfully yours,

*Thomas A. Dreyer*

Thomas A. Dreyer

      cc:    Willie Singletary
                Anthony J. Carissimi, Esquire and Jeanette Kang, Esquire
                Carolyn M. DeMayo

Willie Singletary

From: Roc Head (sharoderobinson43@icloud.com)
To: tdreyer610@aol.com
Date: Thursday, May 15, 2025 at 10:42 PM EDT

Sharode Robinson
4409 Brown street
Phila, Pa 19104
Sharoderobinson43@icloud.com
267-353-9771
5/11/2025

The Honorable Cynthia M. Rufe

**Character Reference for Willie Singletary**

Dear Judge Rufe

I am writing this letter with the utmost respect and sincerity to offer my perspective on the character of Willie Singletary, who is currently before the court for sentencing. I understand the seriousness of the matter at hand, but I ask you to consider the full measure of this young man's character and the potential he holds for a positive future.

I have known Willie Singletary for 23 years in my capacity as his great friend. Throughout this time, I have consistently seen in him a young man of exceptional integrity, work ethic, and compassion for others. He has always demonstrated a deep sense of responsibility, a willingness to help those in need, and a commitment to bettering himself and his community.

Despite the current circumstances, I believe that this situation is not reflective of the person Mr. Singletary truly is. It is my belief that Mr. Singletary's actions were a lapse in judgment rather than a representation of his character. Since this incident, I have seen genuine remorse and a strong desire to make amends. Mr. Singletary has spoken openly about the lessons he has learned and the steps he intends to take moving forward.

I respectfully ask the Court to consider leniency Mr. Singletary's sentencing. I firmly believe that given the opportunity, he will not only learn from this experience but also use it to grow into a more responsible and contributing member of society. He has so much potential and a bright future ahead, and I hope this situation will not define the rest of his life.

Thank you for your time and for considering my thoughts as part of your deliberation. Please do not hesitate to contact me if I can provide any further information or clarification.

Sincerely,
**Sharode Robinson**

Tammy Singletary
1539 S Myrtlewood st
Philadelphia Pa 19146
5/13/2025

To whom it may concern.
The honorable judge:
I'm writing this letter for my brother Willie Singletary. It is with great pleasure that I write this character reference letter for my loving brother- in-law. I have known him for over 10 years plus, and in the time of knowing him. I have seen growth willie is a person that you can talk to about anything, and he always listens before responding, I
I can say that he is a very understanding, loving, caring, respectful person. Willie Singletary is a father of 5 children and one thing that made me look at him as a very proud man is because he loves his children and goes above and beyond for them. He has a beautiful heart. He will take his shirt and give it to you. That's the type of person he is. People seem to judge a book by its cover, but I feel that to get to know him is to love him. What I can say about Willie Singletary is he is a very levelheaded, and fair minded, loyal, marvelous father. I am confident that he would approach any situation, with immortality. I believe Willie Singletary is a changed person since he has been incarcerated. I believe he is very level headed and has more patience but most of all a changed man.

Love always,
 Tammy Singletary

Michelle Browne-Cathey
777 N 44th Street
Philadelphia, Pennsylvania 19104

Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania

RE: Willie Singletary

Dear Judge Rufe,

My name is Michelle Browne-Cathey from Philadelphia, Pennsylvania. I am Willie Singletary's 65 years old maternal Aunt. I am writing to you on behalf of my nephew prayerful that you will render a fair and lenient assessment of his case.

I have known Willie all his life. As a youngster he was a typical boy. He loved his parents and siblings unconditionally. Through his teenage and adult life we did not have much interaction with each other. When we did see each other, it was mainly at family functions and during the holidays. Willie enjoyed being around his family at these celebratory occasions.

I think Willie has matured a lot during this incarceration. I think he regrets his actions and is remorseful for the impact and hurt his actions have caused to others. I think Willie is using this time to reflect on his life and to learn as much as he can how to be a more caring, productive, and positive contributor to his family and to society.

I thank God for the grace, mercy and support extended to Willie thus far. I thank you in advance for your leniency in consideration of his case.

Respectfully yours,

Michelle Browne-Cathey
Mikiecaff@msn.com
267-738-4355

To the Honorable Cynthia M Ruff:

My name is Larice Hill, I am writing on behalf of Willie Singletary I like to tell you a little about
his character  First of all it takes a village to raise a child and i like to think that I was apart of that village.  After his parents died it was really hard for him and his brother than his brother was killed that is really when he started to feel distort.  He is really a good kind hearted person with disability
I know that if he is with his family he will do better. I know that his children miss him he is a great father so please have mercy on him


thank you for your time

sincerly
Larice hill